United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORB NETWORKS, INC., | No. C 07-00400 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ROTHSCHILD TRUST HOLDINGS LLC., | |
| Defendant. | |

The Court has received the parties' joint letter regarding the disposition of certain motions that had been pending in the Southern District of Florida and that had been the basis of this Court's previous order to stay this litigation. Given the recent decision of the United States Patent and Trademark Office to re-examine the sole patent-in-suit, this Court, too, will stay the proceedings. The Clerk of the Court is hereby ordered to close the case administratively. Following the USPTO's re-examination, either may move to reinstate the case for further proceedings.

**IT IS SO ORDERED.**

Dated: July 30, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0400\order1.wpd